1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA (CSB #187176)
4  Assistant United States Attorney
         Federal Building Suite 7516
5        300 North Los Angeles Street
         Los Angeles, California
6        Tel. 213 894-6117
         FAX: 213 894-7819
7        Email: Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant,
         Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARRIE ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | CV 07-4234 JWJ.<br><br>[PROPOSED] JUDGMENT OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: March 4, 2008

_____
JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

-1-